

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To:      Chief Deputy/Fiscal

**Re:      Verification of Surrender to Bureau of Prisons or Report to United States Probation**

      Case Number:    2:18–cr–00782–MWF

      Defendant's Name:    Artuyun Oganyan

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on    1/31/2020   . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :    2/18/2020   , it was verified the defendant:**

   has surrendered to the Bureau of Prisons   .

**Verified via e–mail with the following:**

U.S. Marshal:   Luis Perez    *(Name of Officer)*

 February 18, 2020 
Date

By      /s/ *Ingrid Valdes*    
Deputy Clerk